**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| IN RE: WEBVENTION LLC ('294) PATENT LITIGATION | MDL 11-md-2294 |
| WEBVENTION LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>VITACOST.COM, INC.<br><br>　　　　Defendant. | CASE NO.: 1:12-cv-00014-CCB<br><br>JURY TRIAL DEMANDED |

**DEFENDANT VITACOST.COM, INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendant Vitacost.com, Inc. ("Vitacost.com") hereby answers the Plaintiff's Original Complaint ("Complaint") filed by plaintiff Webvention LLC ("Webvention" or the "Plaintiff") on November 17, 2011. To the extent not specifically admitted, Vitacost.com denies each and every allegation of the Complaint.

1.　　Paragraph 1 does not include any factual allegations that would require a response.

**THE PARTIES**

2.　　Vitacost.com lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3.　　Vitacost.com admits it is a Delaware corporation having its principal offices at 5400 Broken Sound Blvd. – NW, Suite 500, Boca Raton, FL 33487-3521 and admits it has a registered agent at C T Corporation System, located at 1200 South Pine Island Road, Plantation, FL, 33324.

## JURISDICTION AND VENUE

4. Paragraph 4 does not include any factual allegations that would require a response. To the extent any response is required, Vitacost.com admits that the Complaint purports to state an action arising under the patent laws of the United States, Title 35 of the United States Code, but denies those claims have any merit. Vitacost.com lacks knowledge or information sufficient to form a belief as to whether or not Plaintiff has proper standing to assert U.S. Patent No. 5,251,294 ("the '294 Patent") and, on that basis, denies that this Court has subject matter jurisdiction over this case.

5. Vitacost.com admits that it markets its products through a website. Vitacost.com admits it has customers in the State of Texas and in the Eastern District of Texas. Vitacost.com denies the remaining allegations contained in paragraph 5.

6. Vitacost.com admits for purposes of this action only that venue in this district is proper with regard to Vitacost.com. However, venue in this district is inappropriate because it is not the most convenient venue. Vitacost.com denies the remaining allegations of paragraph 6.

## ALLEGED INFRINGEMENT OF U.S. PATENT NO. 5,251,294

7. Vitacost.com denies that the '294 Patent was "duly and legally issued for 'Accessing, Assembling, and Using Bodies of Information.'" Vitacost.com admits that a copy of the '294 Patent appears to be attached to the Complaint as Exhibit A. Vitacost.com lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 7 and on that basis denies the allegations.

8. Vitacost.com denies the allegations in paragraph 8.

9. Vitacost.com denies the allegations in paragraph 9.

10. Vitacost.com denies the allegations in paragraph 10.

## JURY DEMAND

11. Paragraph 11 does not include any factual allegations that would require a response. Vitacost.com hereby requests trial by jury pursuant to FED. R. CIV. P. 38.

## RESPONSE TO PRAYER FOR RELIEF

Paragraphs 12-18 do not include any factual allegations that would require a response. Vitacost.com denies that Plaintiff is entitled to any of the requested relief and asks that Plaintiff's requested relief be denied.

## DEFENSES

By listing a defense below, Vitacost.com does not admit or acquiesce that Vitacost.com has the burden of proof with regard to the defense.

## FIRST DEFENSE

The claims of U.S. Patent No. 5,251,294 are invalid to satisfy the requirements of Part II of Title 35 of the United States Code, including, but not limited to, one or more of 35 U.S.C. §§ 101, 102, 103 and/or 112.

## SECOND DEFENSE

Vitacost.com has not infringed and does not infringe any valid claim of the '294 Patent.

## THIRD DEFENSE

By reason of the proceedings in the United States Patent and Trademark Office during the prosecution of the application which resulted in the '294 Patent, or any applications related thereto, and by reason of the admissions and representations therein made by or on behalf of the applicants for the '294 Patent, the Plaintiff is estopped from construing the claims of the '294 Patent to cover and include any acts of Vitacost.com.

## FOURTH DEFENSE

Upon information and belief, some or all of the claims of the '294 Patent are limited and/or barred by laches, waiver and/or estoppel.

## FIFTH DEFENSE

Some or all of the damages claimed by the Plaintiff is limited pursuant to 35 U.S.C. §§ 286-288.

## SIXTH DEFENSE

Vitacost.com reserves the right to assert any further or additional defenses upon receiving more complete information regarding the matters alleged in the Complaint, through discovery or otherwise.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Vitacost.com prays that this Court enter judgment in its favor and grant the following relief:

    a.    That the Court enter judgment in favor of Vitacost.com and against the Plaintiff on the Plaintiff's claims;

    b.    That the Court find that the '294 patent is invalid and not infringed;

    c.    That the Court find this to be an exceptional case within the meaning of 35 U.S.C. § 285;

    d.    That Vitacost.com be awarded its costs of suit and attorneys' fees as allowed by law; and

    e.    For such other and further relief as the Court may deem just and proper.

- 5 -

Dated:  February 16, 2012　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　By:    /s/:Jose C. Villarreal

　　　　　　　　　　　　　　　　　　Jose C. Villarreal (Lead Attorney)
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24003113
　　　　　　　　　　　　　　　　　　jvillarreal@wsgr.com
　　　　　　　　　　　　　　　　　　**Wilson Sonsini Goodrich & Rosati**
　　　　　　　　　　　　　　　　　　Professional Corporation
　　　　　　　　　　　　　　　　　　900 South Capital of Texas Highway
　　　　　　　　　　　　　　　　　　Las Cimas IV, Fifth Floor
　　　　　　　　　　　　　　　　　　Austin, Texas 78746-5546
　　　　　　　　　　　　　　　　　　Telephone:     512.338.5400
　　　　　　　　　　　　　　　　　　Facsimile:     512.338.5499

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR VITACOST.COM, INC.**

- 6 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2012, I caused a true and complete copy of the foregoing **DEFENDANT VITACOST.COM'S ANSWER TO COMPLAINT** to be electronically filed and served via this Court's electronic filing service to all counsel of record.

          /s/Jose C. Villarreal